FILED'09 JUN 03 16:08USDC-ORP

Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JIM B. DUNNIGAN

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 07-1645-AC

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $7,016.93, costs of $18.00 and expenses of 31.30 to Plaintiff in care of Plaintiff's attorney to be mailed to Plaintiff's attorney at PO Box 98, Summertown, TN. 38483.

It is so ORDERED
Dated this 2nd day of June/2009

United States District Judge
Magistrate

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES